**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 04-7704

───────────────

ANTHONY JESUS SANDERS,

Plaintiff - Appellant,

versus

JAMES P. BOHNAKER, Clerk of Court,

Defendant - Appellee,

and

CHRISTOPHER W. HUTTON,

Defendant.

───────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, District
Judge. (CA-03-942-1)

───────────────

Submitted: December 9, 2004          Decided: December 17, 2004

───────────────

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Anthony Jesus Sanders, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Jesus Sanders appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sanders v. Bohnaker, No. CA-03-942-1 (E.D. Va. filed Aug. 6, 2003 & entered August 8, 2003; filed Sept. 28, 2004 & entered Sept. 30, 2004). Sanders' motion to dismiss James P. Bohnaker as a party to the appeal is denied as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED